NUMBER 13-04-065-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN RE: DRISCOLL CHILDREN’S HOSPITAL, ET AL.,                 Relators.
____________________________________________________________________

On Petition for Writ of Mandamus
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Opinion Per Curiam

         Relators, DRISCOLL CHILDREN’S HOSPITAL, ET AL., filed a petition for writ of
mandamus in this Court on February 6, 2004. The parties have now filed an agreed
motion to dismiss with prejudice.
         The Court, having considered the documents on file and the agreed motion to
dismiss, is of the opinion that the motion should be granted. The agreed motion to
dismiss is granted, and the petition for writ of mandamus is hereby DISMISSED. The
stay imposed by order of this Court dated March 25, 2004, is hereby lifted.
                                                               PER CURIAM
Opinion delivered and filed this
the 1st day of July, 2004.